

One Riverfront Plaza, Suite 730
Newark, NJ 07102
T +1 973 848 7676
F +1 973 848 7650

**JAMES S. RICHTER**
(973) 848-7643
jrichter@winston.com

January 13, 2017

**BY ECF AND FACSIMILE**

Honorable Mark Falk, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Symed Labs Limited and Hetero USA, Inc*
*v. Roxane Laboratories, Glenmark Pharmaceuticals Inc., USA and Amneal Pharmaceuticals, LLC*
*Civil Action No. 15-8304 (Lead Docket), 15-8306 and 15-8307* **(CCC/MF)**
**(consolidated)**

Dear Judge Falk:

This firm represents Defendant Glenmark Pharmaceuticals Inc., USA ("Glenmark"), in the above-referenced matter. Pursuant to the December 21, 2016 Order Setting Briefing Schedule Regarding Discovery Confidentiality Order, Defendants' response to Plaintiff's submission is currently due today. We are writing to respectfully request an extension until January 17, 2017 for Defendants to submit their response. Defendants are in the process of attempting to resolve this dispute with Plaintiffs and hope that, with the extension, this issue can be resolved without involving Your Honor any further.

All parties have consented to this extension. If this is acceptable to Your Honor, we respectfully request that Your Honor "So Order" this letter below.

Respectfully submitted,

s/ James S. Richter

James S. Richter

cc: All Counsel of Record (by email)

SO ORDERED:

SO ORDERED
*[signature]* 1/13/17

_____
Honorable Mark Falk, U.S.M.J.